# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| United States of America<br>*Plaintiff(s)*<br><br>v.<br><br>Leonard Johnson, a/k/a Leonard C. Johnson, III<br>*Defendant(s)* | Case Number: 19-30139-NJR |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| | | | |
|---|---|---|---|
| Place: | U. S. Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL  62201 | Courtroom No.: | 5 |
| Before: | Magistrate Judge Mark A. Beatty | Date and Time: | 11/14/2019 at 11:00 a.m. |

This offense is briefly described as follows:

Count 1 – False Statement to the Federal Southern Illinois Public Corruption Task Force – 18:1001(2)

Count 2 – Aiding and Abetting Embezzlement from the Leslie Bates Neighborhood House, and Organization that Received Federal Funds – 18:666(a)(1)(A) and Title 18:2

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, Choose an item., TWO HOURS PRIOR TO COURT APPEARANCE.

Date: October 24, 2019

*Issuing officer's signature*

MARGARET M. ROBERTIE, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons   ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*