# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff(s)*<br><br>v.<br><br>LEONARD JOHNSON, a/k/a<br>Leonard C. Johnson, III<br>*Defendant(s)* | Case Number: 19-30139-NJR |

## AMENDED SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | U. S. Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL  62201 | Courtroom No.: | 5 |
|---|---|---|---|
| Before: | Magistrate Judge Mark A. Beatty | Date and Time: | 11/14/2019 at 1:30 PM |

This offense is briefly described as follows:
Count 1 – False Statement to the Federal Southern Illinois Public Corruption Task Force – 18:1001(2)

Count 2 – Aiding and Abetting Embezzlement from the Leslie Bates Neighborhood House, an Organization that Received Federal Funds – 18:666(a)(1)(A) and 2

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, 650 Missouri Ave., East St. Louis, IL, TWO HOURS PRIOR TO COURT APPEARANCE.

Date: November 4, 2019

*Alex Francas, Deputy Clerk*
*Issuing officer's signature*

MARGARET M. ROBERTIE, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*