IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

☐ Benton                                                   ☒ East St. Louis

☒ Initial Appearance and Arraignment                       ☐ Detention Hearing

| | |
|---|---|
| **CRIMINAL NO.**   19-CR-30139-NJR-1 | **DATE**:   11/14/2019 |
| USA vs. LEONARD JOHNSON | **JUDGE**:   MARK A. BEATTY |
| ☒ Present   ☐ Custody   ☐ Bond | **DEPUTY**:   ALEX FRANCIS |
| **DEFT. COUNSEL:** NICHOLAS WILLIAMS | **REPORTER:** LIBERTY RECORDING |
| ☒ Present   ☐ Apptd.   ☒ Retained | |
| **GOVT. COUNSEL**: NORM SMITH, AUSA | **TIME:** 1:37 PM – 1:49 PM |

☒   Defendant advised of constitutional rights.
☒   Defendant advised of charges.
☒   Defendant waives reading of Indictment.
☒   <u>Not Guilty</u> plea entered as to all counts of the Indictment.
☒   Order for Pretrial Discovery and Inspection will be entered.
☒   Final Pretrial Conference set for January 7, 2020, at 9:00 a.m., and Jury Trial set for January 14, 2020, at 9:00 A.M., before Chief U.S. District Judge Nancy J. Rosenstengel.
☒   Government does not request detention.
☒   Defendant is released on bond.   The Order Setting Conditions of Release is read to the defendant.