# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff(s)*<br><br>v.<br><br>LEONARD JOHNSON, a/k/a<br>Leonard C. Johnson, III<br>*Defendant(s)* | Case Number: 19-30139-NJR |

## AMENDED SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | U. S. Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL  62201 | Courtroom No.: | 5 |
|---|---|---|---|
| Before: | Magistrate Judge Mark A. Beatty | Date and Time: | 11/14/2019 at 1:30 PM |

This offense is briefly described as follows:

Count 1 – False Statement to the Federal Southern Illinois Public Corruption Task Force – 18:1001(2)

Count 2 – Aiding and Abetting Embezzlement from the Leslie Bates Neighborhood House, an Organization that Received Federal Funds – 18:666(a)(1)(A) and 2

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, 650 Missouri Ave., East St. Louis, IL, TWO HOURS PRIOR TO COURT APPEARANCE.

Date: November 4, 2019

*Alex Francis, Deputy Clerk*
Issuing officer's signature

MARGARET M. ROBERTIE, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 11/19/2019

*[signature] Thompson*
Server's signature

AERIN THOMPSON, FS
*Printed name and title*





# USPS Tracking®

FAQs

## Track Another Package +

**Tracking Number:** 70172400000105243929

Remove

Your item was delivered to an individual at the address at 4:07 pm on November 14, 2019 in SAINT LOUIS, MO 63118.

## Delivered

November 14, 2019 at 4:07 pm
Delivered, Left with Individual
SAINT LOUIS, MO 63118

**Get Updates**

### Text & Email Updates

### Tracking History

**November 14, 2019, 4:07 pm**
Delivered, Left with Individual
SAINT LOUIS, MO 63118
Your item was delivered to an individual at the address at 4:07 pm on November 14, 2019 in SAINT LOUIS, MO 63118.

**November 12, 2019, 7:42 am**
Out for Delivery
SAINT LOUIS, MO 63118

Case 3:19-cr-30139-NJR   Document 13   Filed 11/22/19   Page 4 of 4   Page ID #30

**November 12, 2019, 7:31 am**
Arrived at Unit
SAINT LOUIS, MO 63118

**November 10, 2019**
In Transit to Next Facility

**November 6, 2019, 8:51 pm**
Departed USPS Regional Facility
SAINT LOUIS MO DISTRIBUTION CENTER

**November 5, 2019, 7:23 pm**
Arrived at USPS Regional Facility
SAINT LOUIS MO DISTRIBUTION CENTER

**Product Information**

Feedback

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**